UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22928-CIV-HOEVELER

GARY MATTHEWS, an individual,
LILLIAN S. DELGADO, an individual

       Plaintiffs,

v.

TRINITY INTERNATIONAL UNIVERSITY,
INC., a non-profit Illinois Corporation,
TRINITY INTERNATIONAL FOUNDATION,
INC., a non-profit Illinois Corporation,
BOARD OF REGENTS OF TRINITY
INTERNATIONAL UNIVERSITY, PAUL J.
MAURER, an individual, THE EVANGELICAL
FREE CHURCH OF AMERICA, INC., a non-
profit Minnesota Corporation, WILLIAM J.
HAMEL, president of EFCA, AMERICAN
PUBLIC MEDIA GROUP, INC., a non-profit
Minnesota Corporation,

       Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS WITHOUT PREJUDICE

THIS CAUSE comes before the Court on Defendants Trinity International University, Trinity International Foundation, Board of Regents of Trinity International University, the Evangelical Free Church of America, Paul Maurer, and William Hamel's Motion to Dismiss, and Defendant American Public Media Group's Motion to Dismiss, both filed November 29, 2007. The Motions were fully briefed, and the Court heard arguments on the motions in chambers on May 12, 2008. At the hearing, the Court ordered as follows:

    1.    Defendants' Motions to Dismiss [**DE 7 and DE 8**] are GRANTED and Plaintiffs' Complaint is dismissed without prejudice, with leave to amend within thirty (30) days from the date of this Order.

2. Should Plaintiffs file an Amended Complaint, Defendants shall have thirty (30) days in which to respond.

DONE AND ORDERED in chambers in Miami this 12th day of May, 2008.

*/s/ WM M Hoeveler*
WILLIAM M. HOEVELER
SENOR UNITED STATES DISTRICT JUDGE

copies to counsel of record