UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22928-CIV-HOEVELER

GARY MATTHEWS, an individual,
LILLIAN S. DELGADO, an individual

        Plaintiffs,

v.

TRINITY INTERNATIONAL UNIVERSITY,
INC., a non-profit Illinois Corporation,
TRINITY INTERNATIONAL FOUNDATION,
INC., a non-profit Illinois Corporation,
BOARD OF REGENTS OF TRINITY
INTERNATIONAL UNIVERSITY, PAUL J.
MAURER, an individual, THE EVANGELICAL
FREE CHURCH OF AMERICA, INC., a non-
profit Minnesota Corporation, WILLIAM J.
HAMEL, president of EFCA, AMERICAN
PUBLIC MEDIA GROUP, INC., a non-profit
Minnesota Corporation,

        Defendants.
_____/

## ORDER DIRECTING A RESPONSE

THIS CAUSE comes before the Court on the Motion to Dismiss filed on July 11, 2008 by Defendants Trinity International University, Trinity International Foundation, Board of Regents of Trinity International University, the Evangelical Free Church of America, Paul Maurer, and William Hamel. The Plaintiff's memorandum in opposition to the motion was due July 28, 2008, however, Plaintiff has not filed a response. Accordingly, Plaintiff is given seven (7) days from the date of this Order to respond to the Defendants' Motion to

Dismiss. Failure to do so may be deemed sufficient cause for granting the motion by default, pursuant to Local Rule 7.1.

DONE AND ORDERED in chambers in Miami this ⁵⁄_th day of August, 2008.

_____
WILLIAM M. HOEVELER
SENOR UNITED STATES DISTRICT JUDGE

copies to counsel of record